Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−16461−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elva Salgado
   aka Elva L Salgado
   632 Maple Avenue
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−9041

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/7/18
Time:              10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 3, 2018
JAN: mg

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 18-16461-VFP
Elva Salgado                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Apr 03, 2018
                             Form ID: 132             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db            +Elva Salgado,    632 Maple Avenue,    Elizabeth, NJ 07202-2608
517430124     +Ana Salgado,    642 So. Broad Street,    Elizabeth, NJ 07202-2602
517430125    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    P.O. Box 982238,   El Paso, TX 79998)
517430127     +Bank of America, N.A.,    4909 Savarese Circle,    Tampa, FL 33634-2413
517430128     +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
517430129     +Juan Salgado,    642 So. Broad Street,    Elizabeth, NJ 07202-2602
517430130      KML Law Group, P.C.,    216 Haddon Avenue,    Stuite 406,   Westmont, NJ 08108
517430132     +Sidth/Cbna,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032
517430134     +Toyota Motor Credit,    P.O. Box 9786,    Cedar Rapids, IA 52409-0004
517430135     +Wffnb Retail,    P.O. Box 6600,    Hagerstown, MD 21741-6600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 23:35:07     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 23:35:05     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517430131     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 03 2018 23:34:33     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517430133     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 23:33:40     Syncb/Old Navydc,
                 P.O. Box 965005,   Orlando, FL 32896-5005
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517430126*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    P.O. Box 982238,   El Paso, TX 79998)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              Antonio R. Espinosa    on behalf of Debtor Elva  Salgado Andespbk@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```