Antonio R. Espinosa, Esq.     0016211979
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue
Elizabeth, NJ 07208
(908) 558-0100
andrilespinosa@aol.com
Attorneys for Debtor

### IN THE UNITED STATES BANKRUTPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-16461 VFP |
| | Chapter: 13 |
| ELVA SALGADO aka | Hon: |
| ELVA L. SALGADO | |
| | |
| Debtors. | Hearing Date: |

### RESPONSE TO NOTICE OF OBJECTION OF BANK OF AMERICA, N.A.

Antonio R. Espinosa, of full age certifies:

1. I am the attorney for the Debtor.

2. I have personal knowledge of the facts set forth herein.

3. I make this Response to the objection which has been filed by Bank of America, N.A. (B of A)

4. B of A holds a mortgage on debtor's property located at 626-632 Maple Avenue, Elizabeth, New Jersey.

5. Debtor is in arrears.

6. Debtor proposes to modify the loan.

7. Debtor has applied for a loan modification and is making adequate protection payments.

8. The Plan is conditional upon the loan modification approval

I hereby certify that the foregoing statements made by me are true. I am aware if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: June 20, 2018                    /s/Antonio R. Espinosa
                                        ANTONIO R. ESPINOSA, ESQ.