UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliancer with D.N.J. LBR 9004-2(c)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for Bank of America, N.A.

Order Filed on September 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-16461-VFP

Judge: Vincent F. Papalia

Chapter: 13

In Re:
Elva Salgado aka Elva L Salgado
                    Debtor

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 4, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>April 27, 2018</u>:

Property: <u>632 Maple Avenue, Elizabeth, NJ 07208</u>

Creditor: <u>Bank of America, N.A.</u>

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by <u>Bank of America, N.A.</u>, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective <u>August 27, 2018</u>.