Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−16461−VFP
    Chapter:  13
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elva Salgado
   aka Elva L Salgado
   632 Maple Avenue
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−9041

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/17/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 18, 2018
JAN: jf

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-16461-VFP
Elva Salgado                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Dec 18, 2018
                             Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
```
db         +Elva Salgado,    632 Maple Avenue,    Elizabeth, NJ 07202-2608
517430124  +Ana Salgado,    642 So. Broad Street,    Elizabeth, NJ 07202-2602
517430127  +Bank of America, N.A.,    4909 Savarese Circle,    Tampa, FL 33634-2413
517581674  +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517430129  +Juan Salgado,    642 So. Broad Street,    Elizabeth, NJ 07202-2602
517430130   KML Law Group, P.C.,    216 Haddon Avenue,    Stuite 406,    Westmont, NJ 08108
517430132  +Sidth/Cbna,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032
517524658  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517430135  +Wffnb Retail,    P.O. Box 6600,    Hagerstown, MD 21741-6600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2018 00:10:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2018 00:10:01     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517583624       EDI: RESURGENT.COM Dec 19 2018 04:28:00     Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517430125       EDI: BANKAMER.COM Dec 19 2018 04:28:00     Bank Of America,    P.O. Box 982238,
                 El Paso, TX 79998
517564871       EDI: BANKAMER.COM Dec 19 2018 04:28:00     Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
517430128      +EDI: TSYS2.COM Dec 19 2018 04:28:00     Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
517528094       EDI: BL-BECKET.COM Dec 19 2018 04:28:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517430131      +EDI: CBSKOHLS.COM Dec 19 2018 04:28:00     Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517540102       EDI: PRA.COM Dec 19 2018 04:28:00     Portfolio Recovery Associates, LLC,
                 c/o Aadvantage Aviator Red,    POB 41067,    Norfolk VA 23541
517527929       EDI: PRA.COM Dec 19 2018 04:28:00     Portfolio Recovery Associates, LLC,    c/o Old Navy,
                 POB 41067,    Norfolk VA 23541
517430133      +EDI: RMSC.COM Dec 19 2018 04:28:00     Syncb/Old Navydc,    P.O. Box 965005,
                 Orlando, FL 32896-5005
517430134      +EDI: TFSR.COM Dec 19 2018 04:28:00     Toyota Motor Credit,    P.O. Box 9786,
                 Cedar Rapids, IA 52409-0004
517571567       EDI: WFFC.COM Dec 19 2018 04:28:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517430126*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    P.O. Box 982238,    El Paso, TX 79998)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Dec 18, 2018
                              Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
           Antonio R. Espinosa    on behalf of Debtor Elva  Salgado Andespbk@gmail.com
           Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Marie-Ann  Greenberg    magecf@magtrustee.com
           Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5